People v Fernandez (2021 NY Slip Op 50334(U))

[*1]

People v Fernandez (Jose)

2021 NY Slip Op 50334(U) [71 Misc 3d 133(A)]

Decided on April 16, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on April 16, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: McShan J.P., Brigantti, Hagler, JJ.

570103/19

The People of the State of New York,
Respondent, 
against
Jose Fernandez, Defendant-Appellant.

In consolidated criminal prosecutions, defendant appeals from two judgments of the
Criminal Court of the City of New York, Bronx County (Laurence E. Busching, J.), rendered
July 16, 2018, convicting him, upon his pleas of guilty, of operating a motor vehicle while under
the influence of alcohol or drugs (2 counts) and aggravated unlicensed operation of a motor
vehicle, and imposing sentence.

Per Curiam.
Judgments of conviction (Laurence E. Busching, J.), rendered July 16, 2018, affirmed.
Application of appellant's counsel to withdraw as counsel is granted (see Anders v
California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have
reviewed this record and agree with defendant's assigned counsel that there are no nonfrivolous
issues that could be raised on this appeal.
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: April 16, 2021